**Dismissed and Memorandum Opinion filed July 26, 2018.**



In The

# 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-18-00265-CV

**KASPAR CONSTRUCTION, LLC; JASON KASPAR; AND LISA KASPAR,
Appellants**

**V.**

**ELISEO RODRIGUEZ, Appellee**

**On Appeal from the 126th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-17-003452**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 1, 2018. The clerk's record was filed April 25, 2018. The reporter's record was filed May 7, 2018. No brief was filed.

On June 21, 2018, this court issued an order stating that unless appellants filed a brief on or before July 6, 2018, the court would dismiss the appeal for want of

prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby.